# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**U.S. v. Jyrell Bowers, Crim. No. 17-292**

## PETITION FOR
## WRIT OF HABEAS CORPUS

1. JYRELL BOWERS, DOB: 6/20/1980, FBI#: 773807EB2, SBI#: 258286C, is now confined to Union County Jail in New Jersey.

2. JYRELL BOWERS, DOB: 6/20/1980, FBI#: 773807EB2, SBI#: 258286C will be required at the United States District Court **Newark, New Jersey** for a **violation of supervised release** before **Honorable Susan D. Wigenton**, U.S. District Judge, in the above-captioned case. A Writ of Habeas Corpus should be issued for that purpose.

DATED: September 19, 2018
Newark, NJ

_____
Andrew Macurdy, Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: Sept. 19, 2018

_____
Honorable Susan D. Wigenton, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of Union County Jail
WE COMMAND YOU that you have the body of

JYRELL BOWERS, DOB: 6/20/1980, FBI#: 773807EB2, SBI#: 258286C

now confined at the Union County Jail, brought to the United States District Court, on Wednesday, October 24, 2018, at 12:00 p.m., for a violation of supervised release before Honorable Susan D. Wigenton.

WITNESS the Honorable Susan D. Wigenton
United States District Judge
Newark, New Jersey

DATED: 9/19/18

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk